UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Rise Management, LLC | § | Case No. 24-11535 |
| *Debtor* | § | |
| | § | Section A |
| | § | |

**BANK OF AMERICA, N.A.'S OBJECTION TO DEBTOR'S AMENDED DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AS OF FEBRUARY 6, 2025 (ECF NO. 152)**

MAY IT PLEASE THE COURT:

Bank of America, N.A. ("BOA") joins the Objection (the "UST Objection") (ECF No. 193) of the United States Trustee to the *Debtor's Amended Disclosure Statement for Plan of Reorganization under Chapter 11 of the Bankruptcy Code as of February 6, 2025* (ECF No. 152) (the "Motion). BOA respectfully submits the UST Objection is well founded given the overbroad exculpations, the lack of transparency and detail concerning the exit financing required for the plan, the lack of any detail concerning how payments and transfers to insiders will be investigated and handled, and the debtor's continued lack of adequate income to reorganize after eight months in bankruptcy. BOA reserves all objections concerning its treatment under the proposed plan for confirmation. BOA respectfully submits that this case should be converted to Chapter 7.

Date: April 2, 2025.

Respectfully submitted,

**LISKOW & LEWIS, APLC**

　　　　/s/ Carey L. Menasco
Carey L. Menasco (Bar No. 28131)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Tel: (504) 581-7979
Fax: (504) 556-5108

Email: clmenasco@liskow.com

-and-

Michael D. Rubenstein (Bar No. 22860)
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Tel: (713) 651-2953
Fax: (713) 651-2952
Email: mdrubenstein@liskow.com

**ATTORNEYS FOR BANK OF AMERICA, N.A.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIED that I filed the above and foregoing pleading using CM/ECF on April 2, 2025, which will cause a notice of electronic filing to be sent to the following:

Patrick S. Garrity on behalf of Debtor Rise Management, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Christy Renee Bergeron on behalf of U.S. Trustee Office of the U.S. Trustee
Christy.Bergeron@usdoj.gov

/s/ Carey L. Menasco