### Rise Management

#### SCOPE & BUDGET OF WORK

##### 3301 3321 3361 General Degaulle New Orleans, LA
##### *Refresh the Exterior & Interior + Interior White Box + Repair Storm Damage+ Keeper Damage*

| CSI | DESCRIPTION | COST | % Complete |
|---|---|---|---|
| EXTERIOR | Pressure wash front/Street side fence by 3361, center fence 3321-3361 /front of building 3361 3321/walkways | $ 600.00 | 100% |
| EXTERIOR | CLEAN/RAZOR WINDOWS/GLASS/CLEAN DOOR/WINDOW FRAMES/in/out 3301, 3321, 3361 | $ 500.00 | 100% |
| EXTERIOR | Fix soffit top front 3361, fix cable wire bolt and rear gutter, drain spout 3361, install lock plate rear doors 3361,3321, door sweeps base doors | $ 300.00 | 100% |
| EXTERIOR | REPAIR tile walk way 3361, repair toilet kit and toilet shut off valve 3361 unit B | $ 100.00 | 100% |
| EXTERIOR | repair stucco/walkway cement cracks 3301 front buildingt, steps, side steps | $ 200.00 | 100% |
| EXTERIOR | Pressure wash Driveway/parking lot 3321, 3361 Driveway/RE , Replaced LED Bulbs exterior 3321, 3361,  Owner rents machine/bulbs | $ 700.00 | 100% |
| INTERIOR GENERAL | 3301 mop floors w/ cleaner, sweep up floors, wipe down counter tops/surfaces w/ cleaner, remove bugs, wipe down walk in walls w/ cleaner | $ 175.00 | 100% |
| INTERIOR GENERAL | 3321 UNIT D clean out tenant debris, remove bad ceiling tiles, cut out bad sheetrock, replace sheetrock hand tape, scrape surface damage, kilz, sweep floor, mop | $ 1,650.00 | 100% |
| INTERIOR GENERAL | 3321 Unit BC remove bad ceiling tiles, cut out bad sheetrock, replace sheetrock hand tape, scrape surface damage, kiltz, sweep floor, mop, walls. | $ 2,200.00 | 100% |
| INTERIOR GENERAL | 3321 A Sweep floor, mop floor w/ cleaner, remove and replace bad ceiling tiles | $ 250.00 | 100% |
| INTERIOR GENERAL | 3361 A  Sweep floor, vacum floor w/ cleaner, remove and replace bad ceiling tiles, kilz by ac and rear door/bathroom, paint base board or repair as needed | $ 300.00 | 100% |
| INTERIOR GENERAL | 3361 B Sweep floor, mop floor w/ cleaner, remove and replace bad ceiling tiles, kilz by ac and rear door/bathroom, repair base board, paint as needed | $ 300.00 | 100% |
| INTERIOR GENERAL | 3361 CD  A Sweep floor, mop floor w/ cleaner, remove and replace bad ceiling tiles, kilz by ac and rear door/bathroom, repair base board, paint as needed, scrape walls | $ 650.00 | 100% |
| INTERIOR GENERAL | 3361 1st floor, stair well, 2nd floor common area, closets, repair sheetrock by windwow, vacum floor w/ cleaner,  kilz , paint base board or repair as needed, vacuum sofas, clean bathrooms | $ 450.00 | 100% |
| INTERIOR GENERAL | 3361 suite 201 repalace bad ceiling tiles, glue back base board, vacum carpet, clean unit | $ 250.00 | 100% |
| INTERIOR GENERAL | 3361 suite 203 repalace bad ceiling tiles, glue back base board, vacum carpet, clean unit | $ 200.00 | 100% |
| INTERIOR GENERAL | 3361 suite 204 repalace bad ceiling tiles, glue back base board, vacum carpet, clean unit | $ 250.00 | 100% |
| INTERIOR GENERAL | 3361 suite 202 repalace bad ceiling tiles, glue back base board, vacum carpet, clean unit | $ 250.00 | 100% |
| INTERIOR GENERAL | Replace any bad fluoruscent or interior lights common areas interior or units ABCD, 201, 202, 203, 204, bathrooms | $ 200.00 | 100% |
| INTERIOR/EXTERIOR general items | general improvement or minor repair items, buffering to ensure spaces show able and rentable interior and exterior area labor add | $ 350.00 | 100% |
| INTERIOR/EXTERIOR | Materials | $ 17,551.62 | |

| | | |
|---|---|---|
| *COSTS* | | *$ 27,426.62* |
| **Miscellaneous labor extras** | | $ - |
| *Subtotal* | | *$ 27,426.62* |
| **OH** | | $ - |
| *Total Costs* | | *$ 27,426.62* |